UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § |
| VS. | § CRIMINAL ACTION NO. 4:15-CR-0015 § |
| RICHARD ARTHUR EVANS, | § § |
| Defendant. | § § |

## VERDICT FORM

We, the Jury, unanimously find the defendant, Richard Arthur Evans, M.D.:

**As to Count 1** - Conspiracy to Distribute Narcotics and Commit Mail Fraud:

Guilty __X__          Not Guilty_____

**As to Count 3** - Distribution of Narcotics:

Guilty __X__          Not Guilty_____

**As to Count 4** - Distribution of Narcotics:

Guilty __X__          Not Guilty_____

**As to Count 5** - Distribution of Narcotics:

Guilty __X__          Not Guilty_____

**As to Count 6** - Distribution of Narcotics:

Guilty __X__          Not Guilty_____

**As to Count 7** - Distribution of Narcotics:

Guilty __X__          Not Guilty_____

**As to Count 8** – Mail Fraud

Guilty __X__          Not Guilty_____

**As to Count 9 - Mail Fraud**

Guilty __X__        Not Guilty _____

**As to Count 10 – Mail Fraud**

Guilty __X__        Not Guilty _____

**As to Count 11 – Mail Fraud**

Guilty __X__        Not Guilty _____

**As to Count 12 – Mail Fraud**

Guilty __X__        Not Guilty _____

**As to Count 13 – Mail Fraud**

Guilty __X__        Not Guilty _____

**As to Count 14 - Mail Fraud**

Guilty __X__        Not Guilty _____

**As to Count 15 – Mail Fraud**

Guilty __X__        Not Guilty _____

**As to Count 20 – Money Laundering**

Guilty __X__        Not Guilty _____

**As to Count 21 – Money Laundering**

Guilty __X__        Not Guilty _____

**As to Count 22 – Money Laundering**

Guilty __X__        Not Guilty _____

**As to Count 23** – Money Laundering

    Guilty __X__          Not Guilty_____

**As to Count 24** – Money Laundering

    Guilty __X__          Not Guilty_____

_____
FOREMAN OF THE JURY

SIGNED: July 26, 2016